```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MICHELLE KNAPP,                                                    :
                                                                   :
                            Plaintiff,                             :
                                                                   :      24-cv-4449 (LJL)
            -v-                                                    :
                                                                   :         ORDER
EQUIFAX INFORMATION SERVICES LLC,                                  :
                                                                   :
                            Defendant.                             :
                                                                   X
-----------------------------------------------------------------------
```

LEWIS J. LIMAN, United States District Judge:

The Court held a conference on March 6, 2025, to discuss the schedule for proceedings prior to the trial of this action.

At the conference, the Court set the following schedule:

(1) Any motions for summary judgment shall be filed by April 24, 2025.

(2) The joint pre-trial order, requests to charge, proposed voir dire, and motions in limine are due by July 11, 2025.

(3) Any oppositions to motions in limine and responses to requests to charge and proposed voir dire are due by July 18, 2025.

(4) A final pre-trial conference is scheduled for July 29, 2025, at 2:00 p.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007-1312, Courtroom 15C.

(5) The jury trial will begin on August 4, 2025, and 9:00 p.m. and will take place in Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York,

New York 10007-1312, Courtroom 15C.

SO ORDERED.

Dated: March 6, 2025
New York, New York

_____
LEWIS J. LIMAN
United States District Judge