```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
MICHELLE KNAPP,                                                      :
:
Plaintiff,                                                           :
:   24-cv-4449 (LJL)
-v-                                                                  :
:   ORDER
EQUIFAX INFORMATION SERVICES LLC,                                    :
:
Defendant.                                                           :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

The Court has been informed that the parties have reached a settlement in this case. Accordingly, it is hereby ORDERED that this action is DISMISSED WITH PREJUDICE. The parties may reopen the case, provided the application to restore the action to the Court's calendar is made within sixty (60) days of this Order. Any application to reopen filed after sixty (60) days from the date of this Order may be denied solely on that basis. Any pending motions are DISMISSED as moot, and all conferences and deadlines are CANCELLED.

SO ORDERED.

Dated: April 24, 2025
      New York, New York

                                                    LEWIS J. LIMAN
                                                    United States District Judge